1  ~~LAW OFFICES OF BILL LATOUR~~
2  ~~BILL LATOUR [CSBN: 169758]~~
   ~~1420 E. Cooley Dr., Suite 100~~
3  ~~Colton, California 92324~~
4  ~~Telephone: (909) 796-4560~~
   ~~Facsimile: (909) 796-3402~~
5  ~~E-Mail: fed.latour@yahoo.com~~
6
7  ~~Attorney for Plaintiff~~

8             UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  RAY CASTELLANOS,                )    No.  EDCV 12-00985 AN
11                                  )
                                    )    ~~[PROPOSED]~~ ORDER AWARDING
12       Plaintiff,                 )    EAJA FEES
                                    )
13       v.                         )
                                    )
14                                  )
    CAROLYN W. COLVIN,              )
15  Acting Commissioner Of Social Security, )
                                    )
16                                  )
         Defendant.                 )
17  _____

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20  THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the
21  terms of the stipulation.
22       DATE: June 27, 2013      _____
23                                HON. ARTHUR NAKAZATO
24                                UNITED STATES MAGISTRATE JUDGE
25

---

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).